**JOHN WILLIAM WATERS, Appellant, v. THE STATE OF FLORIDA, Appellee.**

28 So. (2nd) 264                                             June Term, 1946
November 26, 1946                                        Special Division B
Rehearing denied June 10, 1947

   Affirmed.

**STATE OF FLORIDA, ex rel., NORMA LOCKWOOD, Appellant, v. CHARLES O. NELSON, as Chief of Police of the City of Miami, Florida, Appellee.**

28 So. (2nd) 264                                             June Term, 1946
November 26, 1946                                                  En Banc

   Affirmed.

**JUAN GALLO, Appellant, v. DOROTHY D'ONOFRIO, formerly Dorothy Baer, and JAMES W. D'ONOFRIO, her husband, Appellees.**

28 So. (2nd) 264                                             June Term, 1946.
November 29, 1946                                        Special Division B

   Affirmed.